AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 1

# UNITED STATES DISTRICT COURT

| Southern | District of | Mississippi |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | |

| JONATAN DIAZ-ACEVEDO | Case Number: | 3:06cr96TSL-JCS-003 |
|---|---|---|
| | USM Number: | 09004-043 |
| | Defendant's Attorney: | Guy N. Rogers, Jr. |
| | | P. O. Box 321165 |
| | | Flowood, MS 39212 |

**THE DEFENDANT:**

■ pleaded guilty to count(s)    single-count Information _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | | Offense Ended | Count |
|---|---|---|---|---|
| 8 U.S.C. § 1325(a)(1) | Illegal Entry | | 05/31/06 | 1 |

SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**
JUL 1 8 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

        The defendant is sentenced as provided in pages 2 through _____2_____ of this judgment.  The sentence is imposed pursuant to
the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is   ☐ are   dismissed on the motion of the United States.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence,
or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution,
the defendant must notify the court and United States attorney of material changes in economic circumstances.

                                               July 12, 2006
                                        _____
                                        Date of Imposition of Judgment

                                        _____
                                        Signature of Judge

                                        James C. Sumner, United States Magistrate Judge
                                        _____
                                        Name and Title of Judge

                                               7/14/06
                                        _____
                                        Date

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 1A

AO 245B     (Rev. 12/03) Judgment in Criminal Case
            Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT:        JONATAN DIAZ-ACEVEDO
CASE NUMBER:      3:06cr96crTSL-JCS-003

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Time served from May 31, 2006 until they are taken into I.C.E. custody, but no later than 5:00 p.m. on July 14, 2006.**

☐  The court makes the following recommendations to the Bureau of Prisons:

■  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m.  ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL